UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand and seventeen,

United States of America,

    Plaintiff - Appellant,

v.

Broadcast Music, Inc.,

    Defendant - Appellee.

**ORDER**
Docket No. 16-3830

Amicus Curiae American Beverage Licencees moves on November 17, 2017 for permission to participate in the argument of this appeal. IT IS HEREBY ORDERED that the motion is DENIED. The Amici are free to expand upon their interpretation of the consent decree in light of the Government's reply brief with any information they feel would be helpful to the Court in a 28(j) letter.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

